# United States Court of Appeals for the Federal Circuit

March 22, 2017

**ERRATUM**

Appeal No. 2016-1475

**ICON HEALTH AND FITNESS, INC.,**
*Appellant*

**v.**

**STRAVA, INC., UA CONNECTED FITNESS, INC.,**
*Appellees*

Decided: February 27, 2017
Precedential Opinion

Please make the following change:

On page 5, line 21 of the majority opinion, change "Strava" to "Icon"